

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00479-CR

Victoria Lavigne **VALDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CR-9440
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is affirmed.

SIGNED August 6, 2025.

_____
Velia J. Meza, Justice